IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02243-RPM

JUDY JARAMILLO,

    Plaintiff,

vs.

ADAMS COUNTY SCHOOL DISTRICT 14, its BOARD OF EDUCATION in their Official capacity, and DR. SUSAN CHANDLER, Superintendent of Adams County School District 14, in her official capacity.

    Defendants.

_____

# ORDER
_____

    Upon consideration of Defendants' Unopposed Motion to File Amended Answer [13], it is

    ORDERED that the motion is granted and the proposed amended answer attached thereto is accepted for filing.

    DATED this 31st day of December, 2009.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge