IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02243-RPM

JUDY JARAMILLO,

      Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,
its BOARD OF EDUCATION in their official capacity,

      Defendant.

---

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

---

      Upon consideration of the Unopposed Motion to File Amended Complaint [19], it is

      ORDERED that the motion is granted and the Amended Complaint tendered as Document 20 is accepted for filing.

      Dated:  February 19th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge