IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02243-RPM

JUDY JARAMILLO,

    Plaintiff,

vs.

ADAMS COUNTY SCHOOL DISTRICT 14,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO AMEND THE SCHEDULING ORDER**

---

Upon consideration of Defendant Adams County School District 14's Unopposed Motion to Amend the Scheduling Order as it applies to contradictory expert deadlines [36], it is.

ORDERED that Defendant Adams County School District 14's Unopposed Motion to Amend the Scheduling Order is hereby GRANTED, that this Defendant shall have up to and including June 30, 2010 for the disclosure of contradictory expert witnesses under Section 7(d)(4) of the Scheduling Order and that the parties shall have up to and including July 15, 2010 to disclose rebuttal expert opinions under Section 7(d)(5) of the Scheduling Order.

SO ORDERED this 16th day of June, 2010.

BY THE COURT:

s/Richard P. Matsch

---

Richard P. Matsch
United States District Court Judge