IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No.   09-cv-02243-RPM-MEH            Date:   December 3, 2010
Courtroom Deputy: Cathy Coomes                    **FTR – Courtroom C203**

---

JUDY JARAMILLO,                                   Ralph Gilbert Torres

      Plaintiff,

vs.

ADAMS COUNTY SCHOOL DISTRICT 14,                  Lawrence L. Lee
                                                  Heather K. Kelly

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTIONS HEARING**

**Court in session:**      **10:14 a.m.**

Court calls case.  Appearances of counsel.  Also present: Judy Jaramillo, Chris Roberts, Debbie Elmore, and Brian Fuller.

Discussion regarding Defendant's Second Motion to Compel (Doc. #42, filed 10/18/10).

10:16 a.m.      Opening statements by Mr. Lee.  Mr. Lee tenders to the Court an exhibit notebook
                    containing Defendant's exhibits.
10:26 a.m.      Opening statements by Mr. Torres.

10:30 a.m.      Judy Jaramillo is sworn, examined by Ms. Kelly, and questioned by the Court.
                    Witness is referred to Defendant's Exhibit G.

Discussion regarding acquiring Plaintiff's laptop computer and retrieving the AOL e-mails in question.

10:49 a.m.      Judy Jaramillo is excused.

Discussion regarding the motion and obtaining the AOL e-mails in question without utilizing Plaintiff's laptop computer.

11:16 a.m.      The Court will take a brief recess to allow time for retrieving the e-mails and
                    obtaining a copy of Plaintiff's deposition transcript.

11:52 a.m.      On the record.

Further argument and discussion regarding Defendant's Second Motion to Compel.

**ORDERED:**   Defendant's Second Motion to Compel (Doc. #42, filed 10/18/10) is DENIED
without prejudice as to spoliation sanctions and GRANTED in all other respects
as stated on the record, with the exclusion of the request for attorneys' fees.

- Plaintiff shall produce to Defendant on or before **December 8, 2010.** the
AOL e-mails in native format, exactly as contained in Plaintiff's AOL
account, and including the prior history of the e-mails in question.  Further
briefing on the e-mail issue, if any, shall be filed on or before **December
13, 2010.**

- Plaintiff shall sign releases for her medical records from January 1, 2005,
to the present.

Discussion and argument regarding Plaintiff's Motion to Compel Discovery from Defendant
(Doc. #45, filed 10/26/10).

12:10 p.m.      Christopher Roberts is sworn, examined by Mr. Torres, and questioned by the
Court.
Witness is referred to Defendant's Exhibit S.

12:33 p.m.      Christopher Roberts is excused.

Further discussion and argument regarding other issues contained in Plaintiff's Motion to
Compel  Discovery from Defendant.

**ORDERED:**   Plaintiff's Motion to Compel Discovery from Defendant (Doc. #45, filed
10/26/10) is GRANTED in part and DENIED in part, with the exclusion of the
issue of comparative information and request for attorneys' fees.  The Court will
issue a separate written order on those matters.

- As to the electronic discovery search term issue, on or before **December
10, 2010,** Plaintiff shall submit to the Court her proposal for an additional
search of Defendant's electronic documents, at Plaintiff's expense,
including but not limited to the mechanism of the search, the length of
time the search will take, and a list of search terms.  Defendant may file
any objection to this process on or before **December 28, 2010.**  Plaintiff
may reply on or before **January 6, 2011.**  The person conducting the
electronic search will sign a confidentiality agreement, drafted by
Defendant, consistent with the governing protective order.  Defendant may
review any electronic documentation for privilege and record any
withholdings or redactions in a privilege log before production is made to
Plaintiff.

**Court in recess:**    **12:57 p.m.**  **(Hearing concluded)**
**Total time in court:**  2:07