**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 11, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-02243-RPM

JUDY JARAMILLO,                                             Robert G. Torres

     Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14                             Lawrence Lee
BOARD OF EDUCATION,                                         Heather K. Kelly

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**1:30 p.m.      Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the case.
Statements by the Court regarding Magistrate Judge Hegarty's recent order.

| | |
|---|---|
| 1:38 p.m. | Argument by Mr. Lee [49]. |
| 1:59 p.m. | Argument by Mr. Torres. |
| 2:29 p.m. | Rebuttal argument by Mr. Lee. |

**ORDERED:    Motion for Summary Judgment, filed November 1, 2010 [49], is taken under advisement.**

**2:45 p.m.      Court in recess.**

Hearing concluded.  Total time: 1 hr. 15 min.